IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GENIUS GMBH, | § | CIVIL ACTION NO.: 2:16-cv-00651 |
| Plaintiff | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| AVON PRODUCTS, INC. and NEW AVON, LLC | § § § | |
| Defendants. | § § | |

### PLAINTIFF GENIUS GMBH'S
### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Genius GmbH ("Genius"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily withdraws and dismisses its Complaint against Defendants Avon Products, Inc. and New Avon, LLC, with prejudice.

Dated: April 19, 2017

*/s/ Steven M. Auvil*
Steven M. Auvil (Ohio Bar No. 0063827)
Admitted E.D. Texas
steven.auvil@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower, 127 Public Square
Cleveland, OH 44114
Phone: (216) 479-8500
Fax: (216) 479-8780

*Attorney for Plaintiff Genius GmbH*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 19, 2017.

*/s/ Steven M. Auvil*
Steven M. Auvil

2

010-8437-6285/1/AMERICAS